IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>vs.<br><br>AUSTIN R. HAKES<br>Defendant. | Citation Number: 7392401, M12<br><br>ORDER |
|---|---|

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Appearance by Defendant in the above case is VACATED. In addition, the collateral for the above citation is SET at the amount of $250, in addition to the mandatory $30 processing fee.

DONE AND DATED this 6th day of March, 2019.

HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE

-1-